In THE United States district Court

For THE Northern District of OHIO

FILED
AUG - 4 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States of America,
Plaintiff,

V.

Brian S. Johnson,
Defendant

Case No. 1:23-CR-00457

Defendant's Motion to Strike Firearm Enhancement's From Sentencing Guidelines

Now Comes the Defendant, Brian S. Johnson, Pro Se, And Respectfully Moves this Court to Strike Certin Sentencing enhancement's that Are Constitutionally invalid, Factually unsupported, And Also procedurally improper. These Enhancement's, Detailed Below, Were Calculated Based on Speculative Assumption's, And evidence never never disclosed in discovery, And therefore Violate the due Process Clause, the U.S. Sentencing Guideline's, And Federal Rule of Criminal procedure 32.

1. Ground's For Striking Enhancements

A. Firearm Trafficing (+4) - Cross-Border intent
The AUSA Added four level's under USSG§ 2K2.1 (b)(6)(A), Alleging Defendant trafficed firearm's intended for export "to Canada".

- This Claim is based only on undercover "Officer's" Statement's, Not Defendant's Word's or Action;

- Defendant never transported, Arranged, or Agreed to traffic firearm's Across the Border;

- This is Speculation, Not Sentencing Fact.

See United States v. Taylor, 814 F.3d 340 (6th Cir. 2016)- firearm trafficing enhancement's Cannot rest on Speculation or Assumed intent.

2. Stolen Firearm (+2)

THe government Applies A +2 enhancement for possession of A Stolen firearm, Based on the Sale of A Taurus pistol.

- There is no Serial number report Submitted proving the gun Was Stolen;

- There is no Showing that Defendant Knew or Should have Known it Was Stolen;

- THe enhancement's relies on Unsupported Conclusion's

Under USSG § 2K2.1 (b)(4), this enhancement is improper Without Proof of theft And Knowledge.

3. Multiple Count Addustment / Grouping (+2)

The PSR Add's An Additional +2 for grouping under USSG § 3D1.4, Based on Combining drug And firearm offense's.

• if the firearm enhancement's Are invalid, the grouping Addustment is legally unsound;

• This point must be recalculated or removed.

4. Prayer For Relief

WhereFore, Defendant respectfully request's that this Court:

1. Strike the +4 firearm trafficing enhancement based On Speculative UC Statement's;

2. Strike the +2 Stolen firearm enhancement lacking evidentiary foundation;

3. Strike the +34 enhancement for uncharged pill's "500 pill's";

4. Recalculate the total offense level And guideline Range Accordingly.

5. Grant Any further relief deemed Just And Proper.

Respectfully Submitted,
/s/ Brian S. Johnson
Defendant, pro se

Dated: 7.28.2025